UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA ZACCARIA-BECKER, et al.,
                    Plaintiffs,

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK, et al.,
                    Defendants.
-------------------------------------------------------------X

24 Civ. 3746 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants filed a notice of removal in this action on May 15, 2024.  It is hereby

    **ORDERED** that Defendants shall file any documents from the state court docket that were not attached to the May 15, 2024, notice of removal by **May 28, 2024.**

Dated: May 23, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**