UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA ZACCARIA-BECKER, et al.,
                       Plaintiffs,

            -against-

NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK, et al.,
                       Defendants.
-------------------------------------------------------------X

24 Civ. 3746 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendants filed a notice of removal in this action on May 15, 2024.

      WHEREAS, an Order dated May 23, 2024, directed Defendants to file any documents that were not attached to the May 15, 2024, notice of removal by May 28, 2024.

      WHEREAS, Defendants have not filed additional documents.

      WHEREAS, Plaintiffs have not appeared in this action.  It is hereby

      **ORDERED** that Defendants shall file any documents from the state court docket that were not attached to the May 15, 2024, notice of removal by **June 3, 2024.**  It is further

      **ORDERED** that Defendants shall serve a copy of this Order and the May 23, 2024, Order on Plaintiffs and file proof of service by **June 3, 2024.**  Plaintiff shall appear in this action by **June 17, 2024,** or this action will be dismissed for failure to prosecute.

Dated: May 30, 2024
       New York, New York

                                                             LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE